UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81467-CIV-CANNON/Reinhart

**MARAIST LAW FIRM**
and **PATRICK MARAIST**,

    Plaintiffs,
v.

**ALAN ROSE, ROBERT ABRUZZO**,
**TIMOTHY SCHULZ**, **PALM BEACH FLORIDA HOTEL**
**AND OFFICE BUILDING LIMITED PARTNERSHIP**,
and **ASHFORD TRS LESSEE II, LLC.**,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION [ECF No. 137]

**THIS CAUSE** comes before the Court upon Magistrate Judge Reinhart's Report and Recommendation (the "Report") [ECF No. 137] on Defendants' Joint Motion for Rule 11 Sanctions ("Defendants' Motion") [ECF No. 110]. The report recommends that Defendants' Joint Motion be granted, but that a determination of the particular amount of sanctions be held in abeyance pending further order of this Court [ECF No. 137 p. 12]. Plaintiffs filed timely Objections to the Report [ECF No. 141] and a Supplement to their Objections [ECF No. 142]. Defendants filed a timely Response to Plaintiffs' Objections [ECF No. 143].

The Court has conducted a *de novo* review of the Report [ECF No. 137], Plaintiffs' Objections [ECF Nos. 141–42], Defendants' Response to Plaintiffs' Objections [ECF No. 143], and the full record in this case. Upon review, including the authority and argument raised in Plaintiffs' Objections and Defendants' Response, the Court finds Judge Reinhart's Report to be well-reasoned and correct.

CASE NO. 21-81467-CIV-CANNON/Reinhart

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 137] is **ACCEPTED**.

2. Defendants' Joint Motion for Sanctions Pursuant to Rule 11 [ECF No. 110] is **GRANTED**.

3. On or before September 19, 2022, Defendants shall file a supplemental motion identifying with specificity the amount of reasonable costs and fees incurred in litigating Defendants' Rule 11 Motion [*see* ECF No. 12 n. 3].

4. Plaintiffs shall respond to Defendants' supplemental motion in accordance with the time limits set forth in Local Rule 7.1(c).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of August 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record